**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 2 7 2024

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | | |
|---|---|---|
| **ALFREDO TREVINO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | No. 4:24cv1136-KGB |
| | § | |
| **UNIVERSITY OF ARKANSAS FOR** | § | |
| **MEDICAL SCIENCES,** | § | |
| | § | |
| **Defendant.** | § | |

## ORIGINAL COMPLAINT

### A.    PARTIES

1. Plaintiff's name is Alfredo Trevino ("Plaintiff"), and his address is 148 S 83rd ½ St., Edinburg, Texas 78542.

2. Defendant is the University of Arkansas for Medical Sciences ("Defendant"), and its address is 4301 W. Markham St., Little Rock, Arkansas 72205.

### B.    JURISDICTION

3. The jurisdiction of this Court is in accordance with 28 U. S. C. § 1331 as involving a *federal question* proceeding arising under 42 U.S.C. § 2000d et. seq.

4. The jurisdiction of this Court is in accordance with 28 U.S.C. 1332 involving a controversy exceeding the sum or value of seventy-five thousand ($75,000.00) dollars and between citizens of different States.

### C.    VENUE

5. Venue is proper in the United States District Court for the Eastern District of Arkansas because Defendant's conduct occurred in Pulaski County, Arkansas at the time of the

---

This case assigned to District Judge _____    Page 1 of 5
and to **Magistrate Judge** _____

incident.  Venue is also proper in Pulaski County, Arkansas because all the behavior alleged occurred in Pulaski County, Arkansas.

## D.    FACTUAL ALLEGATIONS

6.    Plaintiff was born on July 18, 1990.

7.    Plaintiff is a Hispanic man.

8.    At all times relevant, Plaintiff was a student attending the University of Arkansas for Medical Sciences, in the College of Nursing and Nurse Anesthesia Program. While under the supervision of Defendant, Plaintiff was discriminated against.

9.    On January 3, 2023, Plaintiff was dismissed from the program by Defendant.

10.    In October of 2022, Plaintiff was accused of and found guilty of cheating by the honor council because he and another student shared an IP address.  This was due to Plaintiff and another student rooming together.  However, the honor council found Plaintiff guilty of cheating.

11.    In January of 2023, Plaintiff was dismissed from the school.  At the dismissal meeting, Plaintiff was informed by Defendant that he was being dismissed due to his "unexcused absences." However, Plaintiff used bank days that he accrued from working on-call.  Many other students used their bank days to make up for unexcused absences, including four Caucasian students.  These students did not email their professor when taking absences and also used their bank days.  These students did not lose a grade per unexcused absence. However, Plaintiff, a Hispanic male, did lose a grade per unexcused absence and Defendant did not allow him to use his bank days.

12.    Further, Defendant failed to indicate to Plaintiff that he was in danger of being dismissed until the dismissal meeting on January 3, 2023.  Plaintiff was unaware of the issue with his

alleged unexcused absences.

13. Defendant also stated that Plaintiff was being dismissed due to "falsification" of procedures that Plaintiff counted as part of his hands-on experience. In this case, Plaintiff, like other students, documented cases that he worked on. Other students, including several Caucasian students, made cases up out of whole cloth and were not punished in any way.

14. Again, Defendant did not inform Plaintiff prior to the dismissal meeting that Defendant believed that Plaintiff had falsified his cases. Defendant did not follow Defendant's own policies and procedures prior to Defendant's dismissal of Plaintiff.

15. Defendant's student handbook states that "students who have demonstrated continuing poor academic or clinical performance will be subject to investigatory proceedings that could lead to dismissal...A student should be considered for dismissal only after every attempt has been made to correct identified weaknesses or deficiencies during a period of academic or clinical probation." Plaintiff's dismissal came without warning and without any attempt by Defendant to address and/or correct any of Plaintiff's perceived weaknesses or deficiencies. Defendant failed to conduct a full investigation in violation of its own policies.

16. Plaintiff now files this action for relief pursuant to 42 U.S.C. § 2000d et. seq. regarding the violations of the laws of the United States, the denial of Plaintiff's equal protection rights, procedural due process violations, and substantive due process violations under the Fourteenth Amendment to the U.S. Constitution.

17. Plaintiff suffered economic damages, noneconomic damages such as inconvenience and loss of enjoyment of life, general damages, and special damages of attorney's fees and legal costs from the Defendant's discriminatory actions and behavior.

18. The discrimination as to Plaintiff was harmful to him and he was permanently scarred

emotionally and mentally as a result of being the victim of the Defendant's discriminatory actions and behavior.

19.    Defendant's discriminatory actions and behavior resulted in Plaintiff not being able to receive and benefit from the educational opportunities  offered to the other students at Plaintiff's School.

20.    As a direct result of Plaintiff being permanently  scarred emotionally and mentally as a result of being the victim of the Defendant's discriminatory behavior and acts, Plaintiff's emotional and mental health is likely to continue to deteriorate.

21.    Plaintiff expended time and money attending the University.  Plaintiff availed himself of the protocols provided by the University and was denied.  Plaintiff was not allowed to graduate with his peers.  Plaintiff was unfairly and improperly dismissed from program.

## E.    PRAYER FOR RELIEF

22.    Wherefore, premises considered, Plaintiff hereby requests that a jury be empaneled, and, that the foregoing causes of actions and requests for relief be presented thereto.

23.    Plaintiff prays that upon final consideration of this matter that Plaintiff have judgment against Defendant for:

      a. Reinstatement into the program;

      b. Monetary damages;

      c. Reasonable and necessary attorneys' fees;

      d. Taxable  expenses of litigation and costs of court;and,

      e. Post-judgment interest at the maximum lawful rate.

      f. Plaintiff further prays that Plaintiff receives such other and further relief to which he may be justly entitled.

Respectfully submitted,


_____/s/George Shake_____
George H. Shake
HOWLAND SHAKE LAW, LLP
17304 Preston Rd., Suite 800
Dallas, TX 75252
Tel: (469) 371-4282
Texas State Bar No. 24077524
Federal ID No. 3684307
george@howlandshakelaw.com
Attorney for Plaintiff