**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALFREDO TREVINO and**
**CHARLENE JIMENEZ** **PLAINTIFFS**

**V.** **4:24CV01136 JM**

**THE BOARD OF TRUSTEES OF**
**THE UNIVERSITY OF ARKANSAS** **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiffs.

IT IS SO ORDERED this 28th day of October, 2026.

UNITED STATES DISTRICT JUDGE